29 So.2d 889

## I. JAFFE et al. v. Ora L. WALKER.
### 6 Div. 538.

Supreme Court of Alabama.
Jan. 14, 1947.

Petition for certiorari to Circuit Court, Jefferson County; Robt. J. Wheeler, Judge.

J. P. Mudd, of Birmingham, for appellant.

Silberman & Silberman and Roger F. Rice, all of Birmingham, for appellee.

PER CURIAM.
Petition dismissed by agreement.

32 So.2d 172

## KING, Inc. v. MOVING PICTURE MACHINE OPERATORS LOCAL 519, etc., et al.
### I Div. 304.

Supreme Court of Alabama.
July 26, 1947.

Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge.

Bart B. Chamberlain, Jr., of Mobile, for appellant.

PER CURIAM.
Appeal dismissed, motion of appellant.

29 So.2d 889

## Louise M. KNIGHT v. Lula Mae RODGERS.
### 6 Div. 453.

Supreme Court of Alabama.
Jan. 3, 1947.

Appeal from Circuit Court, Jefferson County; E. M. Creel, Judge.

PER CURIAM.
Appeal dismissed, motion of appellant.

29 So.2d 889

## LOUISVILLE & NASHVILLE R. CO. v. Frank E. TIDWELL.
### 6 Div. 457.

Supreme Court of Alabama.
Nov. 5, 1946.

Appeal from Circuit Court, Jefferson County; Whit Windham, Judge.

Chas. H. Eyster, of Decatur, and White E. Gibson, of Birmingham, for appellant.

Taylor, Higgins, Koenig & Windham, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed by agreement.

29 So.2d 889

## In the Matter of Theodore LUCY.
### I Div. 270.

Supreme Court of Alabama.
Nov. 12, 1946.

Appeal from Circuit Court, Mobile County; Cecil F. Bates, Judge.

Proceeding to commit to reform school.

PER CURIAM.
Appeal dismissed, want of prosecution.

32 So.2d 172

## Claude Leonard NELSON v. Sarah Evelyn NELSON.
### 8 Div. 385.

Supreme Court of Alabama.
May 22, 1947.

Appeal from County Court, Morgan County; W. H. Long, Judge.

Sherman B. Powell, of Decatur, for appellant.

Russell W. Lynne, of Decatur, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

32 So.2d 172

Sellie NESMITH v. Lavirne NESMITH.

8 Div. 366.

Supreme Court of Alabama.
March 18, 1947.

Appeal from County Court, Morgan County; W. H. Long, Judge.

Russell W. Lynne, of Decatur, for appellant.

E. C. Nix, of Decatur, for appellee.

PER CURIAM.

Appeal dismissed.

29 So.2d 889

Flora Brown PAUL v. FIRST NATIONAL BANK OF BIRMINGHAM, as Guardian and Trustee.

6 Div. 97.

Supreme Court of Alabama.
Dec. 17, 1946.

Appeal from Circuit Court, Jefferson County; E. M. Creel, Judge.

PER CURIAM.

Appeal dismissed, motion of appellant.

29 So.2d 889

James H. SCHLEY, Jr., et al. v. CLEANERS HANGER CO.

7 Div. 882.

Supreme Court of Alabama.
Dec. 23, 1946.

Appeal from Circuit Court, Etowah County; J. H. Disque, Jr., Judge.

Roberts, Cunningham & Hawkins, of Gadsden, for appellants.

Hubert Burns, of Gadsden, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellants.

29 So.2d 890

SEABOARD SURETY CO. v. Addie Lee FARISH, as Director, State Dept. of Commerce.

3 Div. 466.

Supreme Court of Alabama.
Dec. 11, 1946.

Appeal from Circuit Court, Montgomery County; Walter B. Jones, Judge.

PER CURIAM.

Appeal dismissed, motion of appellant.

29 So.2d 890

Leslie SPENCE v. STATE.

6 Div. 334.

Supreme Court of Alabama.
Nov. 29, 1946.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Robbery.